**Zane A. JOHNSON, Plaintiff—Appellant,**

v.

**Steve BAILEY, Western Region Director of N.C. Dept of Corrections; Robert C. Lewis, Director, Division of Prisons; Keith Whitener, Administrator, Alexander Correctional Institution; Carlos Hernandez, Assistant Superintendent, Alexander Correctional Institution; Matt Clark, Unit Manager on Segregation, Alexander Correc-tional Institution; R. Townsend, Assistant Unit Manager on Segregation, Alexander Correctional Institution; FNU Hames, Sgt.; FNU Blackburn, Lt., Defendants—Appellees.**

**No. 10–6352.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 28, 2010.

Zane A. Johnson, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zane A. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Bailey*, No. 5:10–cv–00016–GCM, 2010 WL 703056 (W.D.N.C. Feb. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*